William LITTLES a/k/a Bill Littles, Appellant,

v.

UNITED STATES of America, Appellee.

No. 25160.

United States Court of Appeals Fifth Circuit.

March 14, 1968.

William Littles, pro se.

Robert S. Travis, Asst. U. S. Atty., Fort Worth, Tex., for appellee.

Before WISDOM, BELL and DYER, Circuit Judges.

PER CURIAM:

The judgment of the district court denying appellant relief under § 2255 is affirmed.

Fred Guadalupe TRUJILLO, Appellant,

v.

Wayne K. PATTERSON, Warden Colorado State Penitentiary, Appellee.

No. 9209.

United States Court of Appeals Tenth Circuit.

April 18, 1967.

Lowell M. Fortune, Denver, Colo., for appellant.

Paul D. Rubner, Denver, Colo., for appellee.

Before BREITENSTEIN and HILL, Circuit Judges, and BROWN, District Judge.

PER CURIAM.

The trial judge, in his order denying the petition for a writ of habeas corpus, very ably stated the case, the issues involved and his reasons for denying the writ. We are in complete agreement with the trial judge and affirm the order of dismissal upon the grounds set forth therein. 266 F.Supp. 901.